IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ELIJAH JONES,

     Appellant,

v.

STATE OF FLORIDA,
DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3184

Opinion filed September 9, 2014.

An appeal from an order of the Circuit Court for Leon County.
John C. Cooper, Judge.

Elijah Jones, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.

WOLF, RAY, and OSTERHAUS, JJ., CONCUR.